# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

February 2, 2015

## LETTER ORDER

Re:  **Sally Safdieh v. Oliver Adjustment Company, et al.**
     **Civil Action No. 14-6593 (PGS)**

Dear Counsel:

As discussed during the Initial Conference held earlier today, formal discovery in this matter is hereby stayed. The parties are, however, directed to exchange information necessary to facilitate settlement.   The Court will conduct a telephonic status conference on **April 13, 2015 at 10:30 a.m**.   Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

           s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**